**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMEN HARUTYUNYAN,<br><br>                    Petitioner,<br><br>     v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER,<br><br>                    Respondent. | Case No. EDCV 26-01217-AH (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered denying the Petition as moot, and denying Petitioner's renewed request for a temporary restraining order, and request for a prompt ruling.

**IT IS FURTHER ORDERED** that the Clmerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: JULY 9, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE