JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARMEN HARUTYUNYAN,

               Petitioner,

    v.

WARDEN, ADELANTO ICE PROCESSING CENTER,

               Respondent.

Case No. EDCV 26-01217-AH (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: JULY 9, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE